Cooper

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Dariell Cooper, Respondent,
 v.
 Permanent General Assurance Corporation, Appellant.
 
 
 

Appeal From Sumter County
 Howard P. King, Circuit Court Judge

Unpublished Opinion No.  2005-UP-200
Submitted February 1, 2005  Filed March 18, 2005

AFFIRMED

 
 
 
 J.R. Murphy, and Adam J. Neil, of Columbia, for Appellant.
 Nelson R. Parker, of Manning, for Respondent.
 
 
 

PER CURIAM:  Permanent General Assurance Corporation appeals a trial courts grant of summary judgment to Dariell Cooper on the issue of whether Cooper may recover underinsured motorist benefits under an insurance policy not providing primary coverage on the motorcycle involved in the accident.  We affirm pursuant to Rule 220, SCACR and the following authority:  Burgess v. Nationwide Mut. Ins. Co., 361 S.C. 196, 603 S.E.2d 861 (Ct. App. 2004), cert. pending, (considering analogous facts and holding motorcyclist was entitled to underinsured motorist benefits under policy not covering motorcycle).
AFFIRMED.
HEARN, C.J., KITTREDGE, and WILLIAMS, JJ., concur.